IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES H. MCELYEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0914 |
| | ) | Judge Trauger |
| LARRY WALLACE, Judge, ERIC THORNTON, | ) | Magistrate Judge Brown |
| Attorney, and KYLE SANDERS, Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On November 9, 2011, the Magistrate Judge issued a Report and Recommendation, recommending that the Complaint filed in this case be dismissed as frivolous. (Docket No. 7) At his request, the *pro se* plaintiff was given until January 4, 2012 within which to file objections to the Report and Recommendation. (Docket No. 11) Instead of filing objections by January 4, 2012, the plaintiff filed an Amended Complaint on January 5, 2012. (Docket No. 14)

It is hereby **ORDERED** that the Report and Recommendation is **RETURNED** to the Magistrate Judge for possible modification as a result of the filing of the Amended Complaint, which this court will construe as timely filed.

It is so **ORDERED.**

Enter this 10th day of January 2012.

                                                                               _____
                                                                               ALETA A. TRAUGER
                                                                               U.S. District Judge