## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CHARLES H. MCELYEA,                    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        Civil No. 3:11-0914
                                       )        Judge Trauger
LARRY WALLACE, Judge, ERIC THORNTON,   )        Magistrate Judge Brown
Attorney, and KYLE SANDERS, Attorney,  )
                                       )
        Defendants.                    )

## O R D E R

On January 17, 2012, the Magistrate Judge issued a Report and Recommendation

(Docket No. 19), to which no timely objections have been filed.  The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby **ORDERED** that this case is

**DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) as frivolous.

It is so **ORDERED.**

Enter this 12th day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge